**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **RAY ROSAS, VIRGINIA ROSAS, INDIVIDUALLY AND ON BEHALF OF BRENDA ROSAS, ISABEL ROCHA AND JOSE MARIA PENA** | § | |
| **V.** | § | **CIVIL ACTION NO. 2:17-CV-70** |
| **CITY OF CORPUS CHRISTI, ANDY TREVINO, JUSTIN SANDERS, ADAM VILLARREAL, ROSS MURRAY, HERIBERTO MARTINEZ, MICHAEL LANDINO, ROGER AREVALO, YEZENIA BANUELOS and JOHN VILLARREAL** | § | **JURY TRIAL** |

## PARTIES' AGREED NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE NELVA GONZALES RAMOS:

COME NOW Plaintiffs, Ray Rosas, Virginia Rosas, Individually and on Behalf of Brenda Rosas, Isabel Rocha and Jose Maria Pena and Defendants, City of Corpus Christi, Andy Trevino, Justin Sanders, Adam Villarreal, Ross Murray, Heriberto Martinez, Michael Landino, Roger Arevalo, Yezenia Banuelos and John Villarreal, collectively referred hereto as "Parties," and state as follows:

1. On July 19, 2019, the Parties mediated and settled the case.
2. The Compromise Settlement Agreement and Full and Complete Release is now being finalized for signature and an Agreed Stipulation of Dismissal will be filed upon execution of the Compromise Settlement Agreement and Full and Complete Release by Plaintiffs and payment of the settlement monies.
3. The Parties respectfully request that the Court stay all pending settings and deadlines

in this case.

4. The Final Pre-Trial Conference is scheduled for 9:00 a.m. on Thursday, August 1, 2019.

5. The trial of this matter is set for Monday, August 12, 2019.

WHEREFORE, the Parties respectfully pray that the Court accept this AGREED NOTICE OF SETTLEMENT and stay all pending settings and deadlines in this case until further notice of the Parties or order from the Court.

Respectfully submitted,

By: *s/Rene Rodriguez, signed with permission by James McKibben*

Rene Rodriguez
*Attorney-In-Charge*
Southern District ID No. 118897
State Bar No. 17148400
***LAW OFFICES OF RENE RODRIGUEZ***
433 South Tancahua St.
Corpus Christi, Texas 78401
Telephone: 361.882.1919
Facsimile: 361.882.2042
rene.rodriguez@rdrlaw.com

George P. Powell
Southern District ID No. 3849
State Bar I.D. No. 16196000
LAW OFFICE OF GEORGE P. POWELL
1508 So. Lone Star Way, Ste. 5
Edinburg, TX 78539
Telephon: 956.686.2413
Facsimile: 956.686.8462
george.powell@bizrgv.rr.com
geoppowell@aol.com

**ATTORNEY FOR PLAINTIFFS**
**RAY ROSAS, VIRGINIA ROSAS, INDIVIDUALLY AND ON BEHALF OF BRENDA ROSAS,**

**ISABEL ROCHA AND JOSE MARIA PENA**

By: *s/James McKibben*
James McKibben
*Attorney-In-Charge*
Southern District ID No. 914
State Bar No. 13713000
Liza Aguilar Wood
*Of Counsel*
Southern District ID No. 23222
State Bar No. 24006741
***McKIBBEN, MARTINEZ, JARVIS & WOOD, L.L.P.***
1100 Tower II - 555 N. Carancahua
Corpus Christi, Texas 78401-0841
Telephone: 361.882-6611
Facsimile: 361.883.8353
jmckibben@mcv-law.com
laguilarwood@mmjw-law.com

**ATTORNEYS FOR DEFENDANTS ANDY TREVINO, JUSTIN SANDERS, ADAM VILLARREAL, ROSS MURRAY, HERIBERTO MARTINEZ, MICHAEL LANDINO, ROGER AREVALO, YEZENIA BANUELOS and JOHN VILLARREAL,**

By: *s/Jose A. "Tony" Canales, signed with permission by James McKibben*
Jose A. "Tony" Canales
*Attorney-In-Charge*
Southern District ID No. 1164
State Bar No. 03737000
CANALES & SIMONSON
2601 Morgan Ave.
Corpus Christi, Texas 78401
Telephone: (361) 883-0601
Facsimile: (361) 884-7023
tonycanales@canalessimonson.com

Mark DeKoch
*Of Counsel*
Southern District ID No. 7442
State Bar No. 05722500
Assistant City Attorney
CITY OF CORPUS CHRISTI
LEGAL DEPT.
P.O. Box 9277
Corpus Christi, Texas 78469-9277
Telephone: (361) 826-3360
Facsimile: (361) 826-3239
markd@cctexas.com

**ATTORNEYS FOR DEFENDANT**
**CITY OF CORPUS CHRISTI**

## CERTIFICATE OF SERVICE

No service is necessary as the foregoing was filed by all parties to the lawsuit.