United States District Court
Southern District of Texas
**ENTERED**
August 13, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RAY ROSAS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-070 |
| | § | |
| THE CITY OF CORPUS CHRISTI, *et al*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Pursuant to the parties' stipulations of dismissal (D.E. 98, 101), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 13th day of August, 2019.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE